■ In the Matter of KATHERINE C. SILVERMAN et al., Appellants, v LAWRENCE BAYARD et al., Constituting the Woodbury Zoning Board of Appeals, Respondents. — In a proceeding pursuant to CPLR article 78 to review a determination of the Zoning Board of Appeals of the Town of Woodbury, the

petitioners appeal from a judgment of the Supreme Court, Orange County (Zech, J.), dated May 12, 1980, which dismissed the proceeding. Judgment affirmed, with costs. The determination was supported by substantial evidence. Damiani, J. P., Titone, Mangano and Gibbons, JJ., concur.